# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John Z. Lee | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1888 | **DATE** | 9/24/2012 |
| **CASE TITLE** | Flava Works, Inc. Vs. Fisher | | |

**DOCKET ENTRY TEXT**

The Court strikes the in-court hearing set for 9/25/12 at 9:30 a.m. and resets it to 10/30/12 at 9:15 a.m. As outlined herein, within seven days, the Court orders plaintiff to provide a supplemental brief on the prove-up of the default.

■ [ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

The supplemental brief shall address whether the requirements of 28 U.S.C. § 1406 and § 1391 are satisfied. Plaintiff shall address whether (1) a substantial part of the events giving rise to the claim occurred in this district, (2) defendant has purposefully directed his activities at Illinois such that it comports with traditional notions of fair play and substantial justice to hale Fisher into an Illinois court, and (3) plaintiff's alleged injury arose from defendant's Illinois-related activities.

| | Courtroom Deputy Initials: | LC/LG |
|---|---|---|