UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
|         Plaintiff, | ) Case No. 1:12-cv-01888 |
| v. | ) |
| Kywan Fisher, | ) |
|     Defendant. | ) |

ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion Default Judgment, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. A default judgment is entered against Defendant, Kywan Fisher and in favor of Plaintiff, Flava Works, Inc. for One Million Five Hundred Thousand Dollars ($1,500,000.00) plus costs.

2. A permanent injunction is entered restraining and enjoining Defendant, Kywan Fisher, from copying, distributing, reproducing, making available for download or embedding any material that infringes Flava Works, Inc.'s Intellectual Property, including videos, videos on demand, online content, images.

3. Plaintiff is awarded reasonable attorney's fees and costs and shall submit a Petition for Attorneys' Fees and Costs within 21 days.

DATE:

ENTERED: 10/30/12

_____
JUDGE