# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Flava Works, Inc.

                          Plaintiff,

v.                                          Case No.: 1:12−cv−01888
                                          Honorable John Z. Lee

Kywan Fisher

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2013:

        MINUTE entry before Honorable John Z. Lee: For the reasons provided herein, the Court grants Flava Works, Inc.'s motion for attorney's fees and costs [23]. The Court grants Flava Works motion for attorney's fees in the amount of 36;9,390.00. The Court also grants Flava Works' motion for costs in the amount of $405.00 for the filing fee and the fees for service of the summons and subpoena, as stated in the Courts 1/24/13 docket entry. [For further detail see separate order.] Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.